# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL

NO. 2020 CW 0730

**OCTOBER 01, 2020**

---

In Re:   National Union Fire Insurance Company of Pittsburgh, PA. and AIG Specialty Insurance Company (as alleged Pre-2009 insurers of Texas Brine Company, LLC), applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE:   McDONALD, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

**JMM**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT